14TH STREET HOLDING CORPORATION, Respondent, v. SAMUEL J. KATZ and NATHAN LEVINE, Appellants.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements. Verified bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN AVLON, Respondent, v. R. E. DIETZ Co., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to renew on papers designating the officer or representative through whom the examination is sought. (See sections 289, 296 of the Civil Practice Act and rule 122 of the Rules of Civil Practice.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

TRANSRADIO PRESS SERVICE, INC., Respondent, v. UNITED PRESS ASSOCIATIONS, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of ANGELA D'AURIA, Petitioner, Appellant, for an Order against TEACHERS' RETIREMENT BOARD and Others, Defendants, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of LOUIS SINGER, Petitioner, Appellant, for an Order against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others, Defendants, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GERTRUDE SINGER, as Assignee of SAMUEL ATKINS and OBEL REALTY Co., a Foreign Corporation, Respondent, v. LOUIS FRIED and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FEDERAL DEBENTURE COMPANY, INCORPORATED, Appellant, v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of THOMAS DIVINY, Petitioner, Appellant, against WILLIAM F. CAREY, Commissioner of Sanitation of the City of New York, Defendant, Respondent, for an Order Directing Payment of All Arrears in Salary or the Payment of a Pension or Both.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of KEMIKO MANUFACTURING COMPANY, Petitioner, Appellant, for an Order to Compel THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent, to Approve of G. D. as a Soaker Type Bottle Washing Cleaning and Sterilizing Agent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.